IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHNNY JACKSON,

Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D15-5830

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed April 5, 2016.

An appeal from an order of the Circuit Court for Escambia County.
Ross M. Goodman, Judge.

Johnny Jackson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant
Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

WOLF, WINOKUR, and WINSOR, JJ., CONCUR.